No. D–2212. IN RE DISBARMENT OF FENTON. Disbarment entered. [For earlier order herein, see 531 U. S. 1007.]

No. D–2218. IN RE DISBARMENT OF EZER. Disbarment entered. [For earlier order herein, see 531 U. S. 1008.]

No. D–2222. IN RE DISBARMENT OF VIEHE. Disbarment entered. [For earlier order herein, see 531 U. S. 1065.]

No. D–2223. IN RE DISBARMENT OF BLEDSOE. Disbarment entered. [For earlier order herein, see 531 U. S. 1065.]

No. D–2224. IN RE DISBARMENT OF COIA. Disbarment entered. [For earlier order herein, see 531 U. S. 1065.]

No. D–2225. IN RE DISBARMENT OF CICCONE. Disbarment entered. [For earlier order herein, see 531 U. S. 1065.]

No. D–2227. IN RE DISBARMENT OF ERION. Disbarment entered. [For earlier order herein, see 531 U. S. 1065.]

No. D–2228. IN RE DISBARMENT OF SEGRAVES. Disbarment entered. [For earlier order herein, see 531 U. S. 1065.]

No. D–2229. IN RE DISBARMENT OF WALSH. Disbarment entered. [For earlier order herein, see 531 U. S. 1066.]

No. D–2231. IN RE DISBARMENT OF McFLYNN. Disbarment entered. [For earlier order herein, see 531 U. S. 1110.]

No. D–2232. IN RE DISBARMENT OF ADAMS. Disbarment entered. [For earlier order herein, see 531 U. S. 1122.]

No. D–2236. IN RE DISBARMENT OF MUTTALIB. Disbarment entered. [For earlier order herein, see 531 U. S. 1138.]

No. D–2237. IN RE DISBARMENT OF SCHACHLEITER. Disbarment entered. [For earlier order herein, see 531 U. S. 1138.]